

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK McCLENDON | CIVIL ACTION |
| VERSUS | NO. 03-1119 |
| BURL CAIN | SECTION "N" |

## JUDGMENT

For the reasons set forth in the Court's Order and Reasons dated July 28, 2004; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the application for habeas corpus relief under 28 U.S.C. § 2254 filed by Patrick McClendon is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 28th day of July, 2004.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 29 2004

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep__
___ Doc. No.___